# IN THE SUPREME COURT OF THE STATE OF NEVADA

CITY OF BOULDER CITY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
    and
JOHN BRIDGFORD HUNT,
Real Party in Interest.

No. 79005

FILED

JAN 0 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of certiorari or mandamus challenges a district court's decision, in its appellate capacity, to dismiss criminal charges brought against real party in interest in municipal court. Having considered the petition, answer, and documents submitted, we decline to exercise our discretion in this matter. *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing

20-00782

that the decision to entertain a writ petition is within this court's discretion). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.            _____, J.
Gibbons                                Hardesty

_____, J.            _____, J.
Parraguirre                            Stiglich

_____, J.            _____, J.
Cadish                                 Silver

cc:     Hon. Richard Scotti, District Judge
        Boulder City Attorney
        Marquis Aurbach Coffing
        Stephen P. Stubbs
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A